IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                         PLAINTIFF

v.                              Case No. 4:14-cr-00173-02 KGB

AMANDA LYNN ZIMMERMAN                                                      DEFENDANT

## AMENDMENT TO JUDGMENT AND COMMITMENT ORDER

The Judgment and Commitment Order entered in this matter on January 26, 2016 (Dkt. No. 82) is hereby amended pursuant to Rule 35(a) of the Federal Rules of Criminal Procedure to reflect the following condition of supervised release:

> The defendant Amanda Lynn Zimmerman shall participate in cognitive behavioral treatment under the guidance and direction of the probation office.

The Court recommended that, during incarceration, Ms. Zimmerman participate in cognitive behavioral treatment but inadvertently omitted that condition from the conditions imposed during her term of supervised release. This amendment is intended to correct that omission. All other conditions set forth in the original Judgment and Commitment Order (Dkt. No. 82) remain in full force and effect.

It is so ordered this 29th day of January, 2016.

_____
Kristine G. Baker
United States District Judge